AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     DELAWARE

JERALD KING, Derivatively on Behalf of
Cephalon, Inc.

V.

FRANK BALDINO, JR., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    0 8 - 5 4

TO: (Name and address of Defendant)

    FRANK BALDINO, JR.
    c/o The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Seth D. Rigrodsky, Esq.
    Rigrodsky & Long, P.A.
    919 N. Market Street, Suite 980
    Wilmington, DE 19801
    Tel.: (302) 295-5310
    Fax: (302) 654-7530

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 2 5 2008

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 1/28/08 |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED FRANK BALDINO, JR BY SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 2:24 PM PERSON ACCEPTING SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/28/08
         *Date*

*Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.