AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____DELAWARE____

JERALD KING, Derivatively on Behalf of
Cephalon, Inc.

V.

FRANK BALDINO, JR., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 - 54

TO: (Name and address of Defendant)

WILLIAM P. EGAN
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth D. Rigrodsky, Esq.
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 2 5 2008

CLERK _[signature]_   DATE

(By) DEPUTY CLERK _[signature]_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 1/28/08 |
| NAME OF SERVER (PRINT) MARSHAL MANLOVE | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PERSONALLY SERVED WILLIAM P EGAN BY SERVING THE REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 2:24 PM PERSON ACCEPTING: Scott LaScala

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/28/08
             Date

Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.