**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. </br></br>　　　　　Plaintiff, </br></br>　　v. </br></br>FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER </br></br>　　　　　and </br></br>CEPHALON, INC., A Delaware Corporation, </br></br>　　　　　Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )　C.A. No. 08-054-GMS |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**
**FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S**
**VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

COME NOW the above-named Plaintiff, Defendants and Nominal Defendant (collectively, the "Parties") jointly requesting the Court issue an Order extending the time for Defendants and Nominal Defendant to answer or otherwise respond to Plaintiff's Verified Shareholder Derivative Complaint [D.I. 1] (the "Complaint"), based on the following:

WHEREAS, counsel for the Defendants and Nominal Defendant has requested additional time to answer or otherwise respond to the Complaint;

WHEREAS, Plaintiff's counsel has agreed that Defendants and Nominal Defendant may have until March 31, 2008 to answer or otherwise respond to the Complaint, subject to and without waiver of, or prejudice to, Plaintiff's ability to move for expedited proceedings;

WHEREAS, Defendants are requesting additional time to respond to the Complaint so as to allow the many named Defendants and their counsel to confer and determine the most appropriate response(s) to the Complaint;

NOW THEREFORE, the Parties respectfully jointly request the Court enter an Order extending the time for Defendants and Nominal Defendant to answer or otherwise respond to the Complaint until March 31, 2008.

| RIGRODSKI & LONG, P.A. | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ Brian D. Long<br>Brian D. Long (# 4347)<br>bdl@rigrodskylong.com<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>(302) 295-5310<br><br>Attorneys for Plaintiff | /s/ Daniel M. Silver<br>Michael P. Kelly (# 2295)<br>mkelly@mccarter.com<br>Daniel M. Silver (# 4578)<br>dsilver@mccarter.com<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>Attorneys for Defendants and Nominal Defendants<br><br>OF COUNSEL:<br><br>Steven B. Feirson<br>Michael L. Kichline<br>DECHERT LLP<br>Circa Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000 |
| Dated: February 29, 2008 | Dated: February 29, 2008 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER<br><br>and<br><br>CEPHALON, INC., A Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 08-054-GMS |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____ 2008, for good cause shown, that the Defendants and Nominal Defendant shall have until March 31, 2008 to answer or otherwise respond to the Complaint in this action, subject to and without waiver of, or prejudice to, Plaintiff's ability to move for expedited proceedings.

_____
Chief United States District Judge

ME1 7158345v.1
ME1 7175662v.1