IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER<br><br>and<br><br>CEPHALON, INC., A Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 08-054-GMS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael L. Kichline of Dechert LLP, Cira Centre, 2929 Arch Street Philadelphia, Pennsylvania 19104 to represent Defendants and Nominal Defendant in this action.

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver

Michael P. Kelly (# 2295)
Daniel M. Silver (# 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
Attorneys for Defendants and Nominal Defendant

Dated: March 31. 2008

ME1 7251685v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: 3/31/08

_____
Michael L. Kichline (Pa. I.D. # 62293)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is GRANTED.

Date:_____   _____
                                United States District Judge

ME1 7251685v.1