IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on Behalf of CEPHALON, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGHN M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER, <br><br> Defendants, <br><br> and <br><br> CEPHALON, INC., A Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 1:08-cv-00054-GMS <br><br> **JURY TRIAL DEMANDED** |

**MOTION OF DEFENDANTS FOR JUDGMENT ON THE PLEADINGS**

Defendants Dr. Frank Baldino, Jr., William P. Egan, Martyn D. Greenacre, Vaugh M. Kailian, Kevin E. Moley, Charles A. Sanders, Gail R. Wilensky and Dennis L. Winger, and nominal Defendant Cephalon, Inc., hereby move for judgment on the pleadings, pursuant to Federal Rules of Civil Procedure 9(b), 12(c) and 23.1, dismissing the Verified Shareholder's Derivative Complaint on the grounds that Plaintiff failed to make demand on Cephalon's Board of Directors or state a claim upon which relief can be granted. Grounds supporting the Motion are set forth in the accompanying Memorandum.

Dated: Wilmington, DE
      March 31, 2008

Respectfully submitted,

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
_____
Michael P. Kelly (#2295)
mkelly@mccarter.com
Daniel M. Silver (#4758)
dsilver@mccarter.com
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Phone: 302.984.6300
Attorneys for Defendants and
Nominal Defendant

Steven B. Feirson
Michael L. Kichline
Michael J. Newman
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Phone: 215.994.4000
Fax: 215.994.2222

*Attorneys for the Defendants
Dr. Frank Baldino, Jr., William P. Egan,
Martyn D. Greenacre, Gail R. Wilensky,
Vaughn M. Kailian, Charles A. Sanders,
Dennis L. Winger, Kevin E. Moley, and
Cephalon, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on Behalf of CEPHALON, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGHN M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER, <br><br> Defendants, <br><br> and <br><br> CEPHALON, INC., A Delaware Corporation, <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 1:08-cv-00054-GMS <br><br> **JURY TRIAL DEMANDED** |

**ORDER**

AND NOW, this ___ day of _____, 2008, upon consideration of the Motion of Defendants for Judgment on the Pleadings (the "Motion"), and any response thereto, it is hereby ORDERED as follows:

(1) The Motion is granted.

(2) This action is dismissed with prejudice.

(3) The clerk shall mark this matter closed for statistical purposes.

**AND SO IT IS ORDERED.**

_____
Judge Gregory M. Sleet

ME1 7253496v.1