

ATTORNEYS AT LAW

April 1, 2008

VIA HAND DELIVERY & E-FILE

The Honorable Gregory M. Sleet, Chief District Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Jerald King, et. al. v. Frank Baldino, Jr. et. al.*, C.A. No. 08-cv-00054-GMS

Dear Judge Sleet:

Enclosed please find courtesy copies of the following documents filed by our office yesterday in reference to the above-captioned matter:

1. Defendants' Answer and Affirmative Defenses [D.I. # 17];

2. Motion of Defendants for Judgment on the Pleadings [D.I. # 18];

3. Memorandum in Support of Motion of Defendants for Judgment on the Pleadings [D.I. # 19]; and

4. Declaration Pursuant to 28 U.S.C. §1746 [D.I. # 20].

Respectfully Submitted,

Daniel M. Silver (#4758)

DMS/jc

Enclosures

cc: Counsel of Record (via CM/ECF)

Daniel M. Silver
Associate
T. 302.984.6331
F. 302.691.1260

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 7254935v.1