IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC.<br><br>Plaintiff,<br><br>v.<br><br>FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER<br><br>and<br><br>CEPHALON, INC., A Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 08-054-GMS |

**STIPULATION AND PROPOSED ORDER REGARDING THE SCHEDULE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

COME NOW the above-named Plaintiff, Defendants, and Nominal Defendant (collectively, the "Parties") jointly requesting the Court issue an Order extending the time for Plaintiff to file his Answering Brief in Opposition to the Motion for Judgment on the Pleadings (the "Motion") [D.I. 18] filed by Defendants and Nominal Defendant until May 23, 2008, and setting the time for Defendants and Nominal Defendant to file their Repy in Support of the Motion on or before June 23, 2008, based on the following:

WHEREAS, after service of Plaintiff's Verified Shareholder Derivative Complaint (the "Complaint") [D.I. 1], counsel for the Defendants and Nominal Defendant requested additional time to answer or otherwise respond to the Complaint and counsel for Plaintiff agreed to that request;

WHEREAS, on February 29, 2008, the Parties submitted to the Court a Stipulation to Extend Time to Answer Complaint [D.I. 13], which the Court granted on that same day;

WHEREAS, on March 31, 2008, Defendant and Nominal Defendant filed their Answer to the Complaint [D.I. 17], in addition to the Motion;

WHEREAS, counsel for Plaintiff has requested additional time to file his Answering Brief in Opposition to the Motion;

WHEREAS, counsel for Defendants and Nominal Defendant has agreed that Plaintiff may have until May 23, 2008 to file his Answering Brief in Opposition to the Motion;

WHEREAS, counsel for Plaintiff has agreed that Defendants and Nominal Defendant may have until June 23, 2008 to file their Reply in Support of the Motion;

WHEREAS, the requested extension is necessitated by the complexities of the issues involved in this derivative litigation, as well as the numerous grounds for dismissal raised by defendants in their thirty-three page Memorandum of Law in Support of the Motion. In addition, counsel have several pre-existing professional obligations that must be addressed in the near-term and that conflict with the due date for the Answering Brief in Opposition to the Motion and the subsequent Reply in Support of the Motion;

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

NOW THEREFORE, the Parties respectfully jointly request the Court enter an Order extending the time for Plaintiff to file his Answering Brief in Opposition to the Motion until May 23, 2008, and extending the time for Defendants and Nominal Defendant to file their Reply in Support of the Motion until June 23, 2008.

| RIGRODSKY & LONG, P.A. | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ Brian D. Long<br>Brian D. Long (# 4347)<br>bdl@rigrodskylong.com<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>(302) 295-5310<br><br>Attorneys for Plaintiff | /s/ Daniel M. Silver<br>Michael P. Kelly (# 2295)<br>mkelly@mccarter.com<br>Daniel M. Silver (# 4578)<br>dsilver@mccarter.com<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br><br>Attorneys for Defendants and Nominal Defendant<br><br>OF COUNSEL:<br><br>Steven B. Feirson<br>Michael L. Kichline<br>DECHERT LLP<br>Circa Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-4000 |
| Dated: April 14, 2008 | Dated: April 14, 2008 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 08-054-GMS |
| FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER | ) ) ) ) ) ) ) |
| and | ) ) |
| CEPHALON, INC., A Delaware Corporation, | ) ) |
| Nominal Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____ 2008, for good cause shown, that Plaintiff shall have until May 23, 2008, to file his Answering Brief in Opposition to the Motion of Defendants and Nominal Defendant for Judgment on the Pleadings (the "Motion");

IT IS HEREBY FURTHER ORDERED that the Defendants and Nominal Defendant shall have until June 23, 2008 to file their Reply in Support of the Motion.

_____
Chief United States District Judge