Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KING,
    v.                     )
BALDINO,            )    Civil Action No.    08-54-GMS
and CEPHALON, INC.,  )
Nominal Defendant

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **David C. Katz** to represent **plaintiff, Jerald King** in this matter.

Signed: _Brian D. Long (#4347)_

(Movant's Name and Delaware State Bar Identification Number) Brian D. Long, (#4347)
(Movant's Address) Rigrodsky & Long, P.A., 919 North Market St., Suite 980
(Movant's Telephone Number) Wilmington, DE 19801 - (302) 295-5310

Attorney for: Jerald King

Date: 4-18-08

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                             United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New York** and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: April 15, 2008

(Applicant's Address)
David C. Katz
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FRANK BALDINO, JR., WILLIAM P. EGAN, )<br>MARTYN D. GREENACRE, VAUGH M. )<br>KAILIAN, KEVIN E. MOLEY, CHARLES A. )<br>SANDERS, GAIL R. WILENSKY, and  )<br>DENNIS L. WINGER  )<br>  )<br>and  )<br>  )<br>CEPHALON, INC., A Delaware Corporation, )<br>  )<br>Nominal Defendant.  ) | C.A. No. 08-054-GMS |

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on April 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Michael P. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

Steven B. Feirson, Esquire
Michael L. Kichline, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

RIGRODSKY & LONG, P.A.

/s/ Brian D. Long
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*