Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KING,                          )
     v.                        )
BALDINO,                       )   Civil Action No. 08-54-GMS
and CEPHALON, INC.,            )
Nominal Defendant

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph H. Weiss to represent plaintiff, in this matter.

Signed: Brian D. Long (#4347)  Jerald King

(Movant's Name and Delaware State Bar Identification Number) Brian D. Long (#4347)
(Movant's Address) Rigrodsky & Long, P.A., 919 North Market St., Suite 980
(Movant's Telephone Number) Wilmington, DE 19801 - (302) 295-5310

Attorney for: Jerald King

Date: 4-18-08

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____            _____
                                 United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: [signature]

Date: April 15, 2008

(Applicant's Address)
Joseph H. Weiss
Weiss & Lurie
551 Fifth Avenue, Suite 1600
New York, NY  10176

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. <br><br> Plaintiff, <br><br> v. <br><br> FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER <br><br> and <br><br> CEPHALON, INC., A Delaware Corporation, <br><br> Nominal Defendant. | ) ) ) ) ) C.A. No. 08-054-GMS ) ) ) ) ) ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

I, Brian D. Long, hereby certify that on April 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Michael P. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300

Steven B. Feirson, Esquire
Michael L. Kichline, Esquire
Dechert LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

RIGRODSKY & LONG, P.A.

/s/ Brian D. Long
Brian D. Long (#4347)
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel: (302) 295-5310
Fax: (302) 654-7530
Email: bdl@rigrodskylong.com

*Liaison Counsel for Plaintiffs*