IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 08-054-GMS |
| FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER | ) ) ) ) ) ) ) | |
| and | ) ) | |
| CEPHALON, INC., A Delaware Corporation, | ) ) | |
| Nominal Defendant. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO
EXCEED PAGE LIMITS IN THEIR REPLY BRIEF**

COME NOW the above-named Defendants and Nominal Defendant (collectively, the "Defendants") respectfully requesting the Court issue an Order extending the permissible length of Defendants' reply brief in support of their Motion for Judgment on the Pleadings [D.I. 18], based on the following:

1. The Court has recently instituted a "New Rule Regarding Page Limits for Briefing" in which the length of a reply brief is limited to ten (10) pages.

2. The motion pending before the Court is a relatively complex dispositive Motion for Judgment on the Pleadings [D.I. 18], which, if granted, would resolve this case in its entirety.

3.     In light of the complexity of the issues presented and the dispositive nature of the Motion, Defendants respectfully request that they be permitted to file a reply brief of up to fifteen (15) pages in length.

4.     Counsel for the plaintiff has indicated that the plaintiff does not oppose the relief sought herein.

WHEREFORE, Defendants respectfully request the Court enter the proposed order herewith permitting defendants to file a reply brief in support of their Motion for Judgment on the Pleadings [D.I. 18] of up to fifteen (15) pages in length.

McCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (# 2295)
mkelly@mccarter.com
Daniel M. Silver (# 4578)
dsilver@mccarter.com
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300

Attorneys for Defendants and Nominal Defendants

OF COUNSEL:

Steven B. Feirson
Michael L. Kichline
DECHERT LLP
Circa Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

ME1 7423910v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JERALD KING, Derivatively on behalf of, CEPHALON, INC. ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 08-054-GMS |
| FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGH M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER ) ) ) ) ) ) ) | |
| and ) ) | |
| CEPHALON, INC., A Delaware Corporation, ) ) | |
| Nominal Defendant. ) | |

**ORDER**

IT IS HEREBY ORDERED this __ day of _____ 2008, for good cause shown, that the Defendants and Nominal Defendant shall be permitted to file a reply brief in support of their Motion for Judgment on the Pleadings [D.I. 18] of up to fifteen (15) pages.

_____
Chief United States District Judge

ME1 7423910v.1

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that on June 4, 2008, I caused a copy of the foregoing **Defendants' Unopposed Motion to Exceed Page Limits in Their Reply Brief** to be served upon the following counsel of record via CM/ECF electronic noticing:

Brian D. Long, Esq.
Seth D. Rigrodsky, Esq.
Rigrodsky & Long, P.A.
919 North Market Street, Suite 980
Wilmington, DE  19801

David C. Katz, Esq.
Joseph H. Weiss, Esq.
Weiss & Lurie
551 Fifth Avenue
New York, NY  10176

                                               /s/ Daniel M. Silver
                                               Daniel M. Silver (# 4578)