IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERALD KING, Derivatively on Behalf of CEPHALON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BALDINO, JR., WILLIAM P. EGAN, MARTYN D. GREENACRE, VAUGHN M. KAILIAN, KEVIN E. MOLEY, CHARLES A. SANDERS, GAIL R. WILENSKY, and DENNIS L. WINGER,<br><br>Defendants,<br><br>and<br><br>CEPHALON, INC., A Delaware Corporation,<br><br>Nominal Defendant. | C.A. No. 1:08-cv-00054-GMS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS AND NOMINAL DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4., the Defendants and Nominal Defendant hereby respectfully request that Your Honor hear oral argument on Defendants and Nominal Defendant's Motion for Judgment on the Pleadings [D.I. 18], as briefing on that motion is now complete with the filing of the Defendants and Nominal Defendant's Reply Brief [D.I. 28] on June 23, 2008.

|  |  |
|---|---|
| | /s/ Daniel M. Silver |
| | Michael P. Kelly (#2295) |
| | Daniel M. Silver (#4758) |
| | McCarter & English, LLP |
| | Renaissance Centre |
| | 405 N. King Street, 8th Floor |
| | Wilmington, DE 19801 |
| | (302) 984-6300 |
| | Fax: (302) 984-6399 |
| | mkelly@mccarter.com |
| | dsilver@mccarter.com |
| | Attorneys for Defendants and |
| June 25, 2008 | Nominal Defendant |